IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GERALD R. HERBERT,                                              No. CV 07-1374-MO

        Plaintiff,                                                    JUDGMENT

   v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

**MOSMAN, J.,**

   Based on the record,

   IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED and REMANDED for proper consideration of lay testimony as stated on the record.

   DATED this  3rd  day of November, 2008.

                                       /s/ Michael W. Mosman
                                       MICHAEL W. MOSMAN
                                       United States District Judge

PAGE 1 - JUDGMENT