FILED'09 JAN 30 14:30USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GERALD R. HERBERT,
    Plaintiff,

CV# 07-1374-MO

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7000.00 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees are payable to Plaintiff's attorney. The check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 16310, Portland, OR 97292-0310. No costs or expenses are to be paid.

DATED this 30 day of January 2009.

Michael W. Mosman
United States District Judge